◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BAGGIO, Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Nassau County, imposed February 1, 1980. Resentence affirmed. No opinion. Titone, J. P., Lazer, Mangano and Gibbons, JJ., concur.